CLERK'S OFFICE U.S. DIST. COURT
ROANOKE, VA
FILED
APR 24 2007
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ARTIS BAINES, et al.,** Plaintiffs, | ) | **Civil Action No. 7:07cv00179** |
| v. | ) | **FINAL ORDER** |
| **LARRY HUFFMAN,** Defendant. | ) | **By: Hon. Glen E. Conrad** **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1). All other pending motions are hereby **DENIED** as **MOOT**, and this case is **STRICKEN** from the active docket of the court. Plaintiffs are hereby advised that this dismissal constitutes a strike pursuant to 28 U.S.C. § 1915(g).

The plaintiffs are further advised that they may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send copies of this Order and accompanying Memorandum Opinion to the plaintiffs.

**ENTER**: This 24th day of April, 2007.

United States District Judge